# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 26, 2012

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

144809

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

        SC: 144809
        COA: 306976
        Genesee CC: 09-025584-FC

CHARLES EDWARD PERRY, IV,
        Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the December 12, 2011 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

      MARILYN KELLY and HATHAWAY, JJ., would remand this case to the trial court for resentencing on the defendant's carjacking and armed robbery convictions.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 26, 2012

_____
Clerk

d0919